# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0026. JAMES DENNIS NEW v. THE STATE.**

On December 16, 2016, the trial court dismissed James Dennis New's pro se motion to compel, finding that "the Defendant is currently represented by counsel, Michael McCarthy" and thus did not have the right to file pro se motions.  The mailing address for the the District Attorney, identified as the "Attorney for the State," is included at the end of the order, but the only other address included in the order is New's at Johnson State Prison. It does not appear from the face of the order that McCarthy was sent a copy.

On January 6, 2017, this Court received and docketed New's motion for an extension of time to file the application for discretionary appeal, which is due to be filed in this Court no later than January 16, 2017.

New having requested the extension of time on or before his application is due, in compliance with Court of Appeals Rule 31 (i), and this Court having reviewed the motion and the order being appealed, the request for an extension of time to file an application for discretionary appeal is hereby GRANTED until 30 days from the date of this order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/11/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*